# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>SERGIO VILLASENOR (1),<br>LARRY COATES (2),<br>DARIUS WATERS (3),<br><br>                    Defendants. | Case No. 19cr2441-WQH<br><br>Hon. William Q. Hayes<br><br>ORDER CONTINUING MOTION<br>HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for October 28, 2021, be continued to December 2, 2021, at 9:00 a.m. It is further ordered that time should be excluded in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.
Dated: October 26, 2021

_____
Hon. William Q. Hayes
United States District Court

19cr2441-WQH